UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KENT G. LEHMAN,

    Plaintiff - Appellant,

v.

HUNTINGTON BEACH POLICE DEPARTMENT; et al.,

    Defendants - Appellees.

No. 25-1080

D.C. No. 8:23-cv-01729-JLS-AGR
Central District of California, Santa Ana

ORDER

Before: SILVERMAN, BADE, and DE ALBA, Circuit Judges.

The February 19, 2025 notice of appeal was filed more than 180 days after the district court entered a final order on August 7, 2024. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *see also Stratton v. Buck*, 697 F.3d 1004, 1007 (9th Cir. 2012) ("Where there is no separate judgment, pursuant to Fed. R. App. P. 4(a)(7)(A)(ii), we deem the entry of judgment to be 150 days after the entry of an appealable final order.").

This appeal is therefore dismissed.

**DISMISSED.**